**BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS.**

No. 52336.

April 6, 1972.

 that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted. To be consolidated with Moore v. Board of Com'rs of Port of N. O., 260 La. 1115, 258 So.2d 374.

259 So.2d 913

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**Maurice J. MAYER, Jr., et al.**

No. 52209.

April 6, 1972.

While we do not agree with the statements of law in arriving at the result—that result is correct.

SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted.